UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

**SCOTT RYDER,**

          **Plaintiff,**

-vs-                                    Case No. 2:10-cv-342-FtM-36DNF

**JOEY D'S ITALIAN RESTAURANT, INC.,**
a Florida corporation, **JENNIFER
DIPASCALE,** an individual, **JOSEPH
DIPASCALE,**

          **Defendants.**

_____

## ORDER

This cause came on for consideration on the following motion(s) filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO ENFORCE SETTLEMENT (Doc. No. 36)** |
| **FILED:** | **October 31, 2011** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

The Plaintiff, Scott Ryder is requesting that the Court enforce the parties' Mediated FLSA Overtime Settlement Agreement and General Mutual Release ("Settlement Agreement"). No response was filed to the Motion to Enforce Settlement. The Plaintiff alleges that on September 26, 2011, the parties entered into a settlement at a private mediation, and on October 20, 2011 and October 21, 2011, the Defendants, Joseph DiPascale, Jennifer DiPascale, and Joey D's Italian Restaurant, Inc. executed the Settlement Agreement. On November 10, 2011, the Honorable Charlene E. Honeywell,

United States District Judge entered an Order (Doc. 37) adopting the Report and Recommendation (Doc. 35) which approved the Settlement Agreement and dismissed this action, but allowed the instant motion to remain pending. The Settlement Agreement (Doc. 34-1) provided that the settlement payments would be received by Plaintiff's counsel by October 26, 2011. (See, Doc. 34-1, p. 2). As of the date of the Motion to Enforce Settlement, the Plaintiff asserts that the Defendants have failed to make the payments pursuant to the Settlement Agreement. Since the Defendants have not responded to the Motion to Enforce Settlement, they have waived any objections and the Motion to Enforce Settlement is due to be granted.

**IT IS HEREBY ORDERED:**

Within fourteen (14) days, the Defendants shall comply with the terms of the Settlement Agreement. The Court will deny the request for attorney's fees at this time. Plaintiff may raise the issue when the issues regarding enforcement of the Settlement Agreement are resolved.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida this  3rd  day of January, 2012.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record